IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, AT CLEVELAND

| | |
|---|---|
| **RARE BREED TRIGGERS, LLC, and ABC IP, LLC,**<br><br>    **Plaintiffs.**<br><br>    -vs-<br><br>**MLADEN THOMAS "TOM" STRBAC, doing business as TOMMY TRIGGERS, RAM MANUFACTURING, LLC, and WORK HOLDING TOOLS, LLC,**<br><br>    **Defendant.** | CASE NO. 1:22-CV-280<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RAM MANUFACTURING, LLC** |

Now come the Plaintiffs, Rare Breed Triggers, LLC and ABC IP, LLC, pursuant to Rule Civ. Pro. 41(a)(1)(A) and voluntarily dismiss Ram Manufacturing, LLC ("Ram") from this action without prejudice.

DATED: March 18, 2022

                                        Respectfully submitted,
                                        /Glenn D. Bellamy/
                                        Glenn D. Bellamy (Ohio Bar No. 0070321)
                                        Charles. D. Pfister (Ohio Bar No. 0097790)
                                        **WOOD HERRON & EVANS LLP**
                                        2700 Carew Tower
                                        441 Vine Street
                                        Cincinnati OH 45202
                                        E-mail: gbellamy@whe-law.com
                                        Tel: (513) 707-0243
                                        Fax: (513) 241-6234

                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. A copy of the foregoing will be served upon counsel of record by the Court's ECF system and was served by U.S. Mail on Mary Dumont, the registered agent for Ram Manufacturing, LLC, at:

>Mary Dumont
>7557 Roselawn Drive
>Mentor, OH 44060

*/Glenn D. Bellamy/*
Glenn D. Bellamy, Esq.
***Attorney for Plaintiffs***