## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION, AT CLEVELAND

| | |
|---|---|
| **RARE BREED TRIGGERS, LLC, and ABC IP, LLC,** ) | CASE NO.  1:22-CV-280 |
| ) | |
| **Plaintiffs.** ) | |
| ) | |
| **-vs-** ) | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RAM MANUFACTURING, LLC** |
| ) | |
| **MLADEN THOMAS "TOM" STRBAC, doing business as TOMMY TRIGGERS, RAM MANUFACTURING, LLC, and WORK HOLDING TOOLS, LLC,** ) | |
| ) | **IT IS SO ORDERED.** |
| **Defendant.** ) | /s/ Solomon Oliver, Jr. |
| | United States District Judge |
| | 3/22/2022 |

Now come the Plaintiffs, Rare Breed Triggers, LLC and ABC IP, LLC, pursuant to Rule

Civ. Pro. 41(a)(1)(A) and voluntarily dismiss Ram Manufacturing, LLC ("Ram") from this

action without prejudice.

DATED: March 18, 2022

Respectfully submitted,
/Glenn D. Bellamy/
Glenn D. Bellamy (Ohio Bar No. 0070321)
Charles. D. Pfister (Ohio Bar No. 0097790)
**WOOD HERRON & EVANS LLP**
2700 Carew Tower
441 Vine Street
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

*Attorneys for Plaintiffs*