IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Rare Breed Triggers, LLC et al

Plaintiff(s),

-vs-

Mladen Thomas "Tom" Strbac, et al.,
~~Rare Breed Triggers, LLC et al~~

Defendant(s)

Case No. 1:22cv280

Judge Solomon Oliver, Jr.

AGREED EARLY NEUTRAL EVALUATION
(ENE) RANKING SHEET

Pursuant to Section 16.5, et. seq., of the Local Rules of the United States District Court for the Northern District of Ohio, the following is a list in order of preference, of at least three but no more than six, evaluators from the Federal Court Panel agreed upon by all parties:

1. David Cupar
2. Deborah Coleman
3. Marshall Bennett Jr.
4. 
5. 
6. 

If parties are unable to agree on any mediators, please check here ☐

The Agreed ENE Ranking Sheet must be filed electronically not later than 7/1/22. If the Agreed ENE Ranking Sheet is not an agreed selection by all parties or if the Agreed ENE Ranking Sheet is not filed electronically by the date specified herein, counsel is here by advised that the ADR Administrator will select and designate a evaluator from the panel members appointed to the Federal Court Panel, pursuant to Local Rule 16.6 (c)(1).

Attorney(s) for Plaintiff(s)

/Glenn D. Bellamy/
_____

_____

_____

Attorney(s) for Defendant(s)

/Harvey Kugelman/
_____

_____

_____