# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Rare Breed Triggers, LLC** *et al.*, | ) |
| *Plaintiffs,* | ) ) ) ) |
| v. | ) ) Civil Action No. 1:22-cv-280 |
| **Mladen Thomas "Tom" Strbac, d/b/a Tommy Triggers; and Work Holding Tools, LLC** | ) ) Judge Solomon Oliver, Jr. ) ) |
| *Defendants.* | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a fully executed, confidential settlement agreement amongst all parties, resolving all claims at issue in this case, the parties, through their respective undersigned counsel of record, hereby stipulate and agree pursuant to Federal Rule 41(a)(1)(ii), that all claims and counterclaims in this action shall be dismissed with prejudice, with each party bearing its own costs and attorneys' fees, and with the Court retaining jurisdiction over the parties for enforcement of the settlement agreement.

                                                  **IT IS SO ORDERED.**
                                                  /s/ Solomon Oliver, Jr.
                                                  United States District Judge
                                                  10/11/2022

Dated: October 7, 2022　　　　Respectfully submitted,

                                        Rare Breed Triggers, LLC and
                                        ABC IP, LLC

                                        By:　　/_Glenn D. Bellamy/_____

                                        Glenn D. Bellamy
                                        Charles D. Pfister
                                  WOOD HERRON & EVANS, LLP
                                  600 Vine Street, Suite 2800
                                  Cincinnati, Ohio 45202
                                  Telephone:  513-241-2324

                                  *Counsel for Plaintiffs*


                                  Mladen Thomas "Tom" Strbac and
                                  Work Holding Tools, LLC

Dated: October 7, 2022　　　　By:　　/_Harvey Kugelman_____
                                          Harvey Kugelman
                                  Harvey Kugelman Co., L.P.A.
                                  2200 Terminal Tower, 50 Public Square
                                  Cleveland, Ohio 44113
                                  Telephone:  216-241-6770

                                  *Counsel for Defendants*